# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEVEN BRUCE WHITE,

    Plaintiff,                        Case No. 2:22-CV-11340
                                     Hon. Gershwin A. Drain

-vs-                                     Mag. Judge Patricia T. Morris

SHERMETA LAW GROUP, P.L.C.,

    Defendant.

_____/

## **STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

| | |
|---|---|
| /s/ Brian P. Parker (w/consent) | /s/Jeffrey S. Hengeveld |
| Brian P. Parker (P48617) | Jeffrey S. Hengeveld (P66029) |
| Law Offices Of Brian P. Parker, P.C. | Plunkett & Cooney |
| 4301 Orchard Lake Rd. | 38505 Woodward Ave., Ste. 100 |
| Ste. 180-208 | Bloomfield Hills, MI  48304 |
| West Bloomfield, MI  48323 | 248-594-8202 |
| Brianparker@collectionstopper.com | jhengeveld@plunkettcooney.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

Dated:  September 7, 2022

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STEVEN BRUCE WHITE,

    Plaintiff,                                    Case No. 2:22-CV-11340
                                                   Hon. Gershwin A. Drain
-vs-                                            Mag. Judge Patricia T. Morris

SHERMETA LAW GROUP, P.L.C.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

       This matter having come before the Court upon the stipulation between Plaintiff and Defendant, through their respective counsel, and the Court being otherwise fully advised in the premises;

       **IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

       **This is a Final Order that closes this case.**

                                                              s/Gershwin A. Drain_____
                                                              U.S. DISTRICT COURT JUDGE

DATED: September 28, 2022

Open.29021.22439.29347577-1